SIERICHS v. JOHN HANCOCK MUT. LIFE INS. CO.

(Supreme Court, Appellate Term.  May 24, 1899.)

MUNICIPAL COURT—JURISDICTION.

Judgment of the municipal court of New York must be reversed for want of jurisdiction, it appearing affirmatively by the record that the defendant is a foreign corporation.

Appeal from municipal court, borough of Manhattan, Eleventh district.

Action by John F. Sierichs, administrator of Henry Sierichs, deceased, against the John Hancock Mutual Life Insurance Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Leonard J. Langbein, for appellant.

Thomas Gilleran, for respondent.

PER CURIAM. It appearing affirmatively by the record that the defendant is a foreign corporation, we are constrained, under the recent decision of this court in the case of Rieser v. Charles F. Parker & Co. (App. Term, March, 1899), 57 N. Y. Supp. 745, to reverse the judgment, for the reason that no jurisdiction was vested in the municipal court.

Judgment reversed, with costs to the appellant.